## ISOM SALTERS v. STATE OF FLORIDA

10 So. (2nd) 809      June Term, 1942
January 8, 1943      Division B

*D. M. Martin,* for appellant.

*J. Tom Watson,* Attorney General, and *Woodrow M. Melvin,* Assistant Attorney General, for appellee.

PER CURIAM:

The record and the briefs in this cause have been examined. We have given due consideration to the alleged errors relied on for reversal but it is not shown that they were harmful. The judgment is affirmed on authority of Section 924.33, Florida Statutes, 1941.

Affirmed.

BROWN, C. J., TERRELL, CHAPMAN and THOMAS, JJ., concur.